UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   2:24–cv–10168–MWF–KS              Date    January 6, 2025

Title     JULIANNE ADAMOS V. FEDERAL EXPRESS CORPORATION ET AL

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

             Rita Sanchez                              Not Reported;
          Courtroom Deputy                           Court Reporter

      Attorney(s) Present for Plaintiff(s):        Attorney(s) Present for Defendant(s):
               None Present                                None Present

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

       In light of the Notice of Settlement filed 12/30/2024, the Court sets a hearing on Order To Show Cause Re Dismissal for February 24, 2025 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

       **IT IS SO ORDERED.**

                                                        Initials of Clerk:  rs